NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QATAR INTERNATIONAL TRADING CO.,**
*Appellant,*

v.

**MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE,**
*Appellee.*

---

2011-1008

---

Appeal from the Armed Services Board of Contract Appeals in no. 55518, Administrative Judge David W. James, Jr.

---

Decided: May 9, 2011

---

ROBERT H. KOEHLER, Patton Boggs LLP, of McLean, Virginia, argued for appellant. With him on the brief were MICHAEL J. SCHAENGOLD and ELIZABETH M. GILL.

J. HUNTER BENNETT, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney

General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

———————————————

Before GAJARSA, DYK, and PROST, *Circuit Judges.*

PER CURIAM

This case was argued before the court on May 2, 2011. The court *affirms-in-part* and *remands-in-part* to the Armed Services Board of Contract Appeals for the limited purpose of considering the charges of $428.36 for the calls made by U.S. Air Force personnel that the government has agreed is due to the Appellant.

**AFFIRMED-IN-PART, REMANDED-IN-PART**